UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENICE JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-1994 (RJL) |
| | ) (ECF) |
| STEPHANIE YANTA, et al., | ) |
| | ) |
| Defendants. | ) |

**FEDERAL DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Federal Defendants respectfully request an enlargement of time to file an answer or otherwise respond to the complaint in this case. Federal Defendants' answer is due February 11, 2008. Federal Defendants request to and including March 27, 2008, to file an answer or otherwise respond to the complaint.

Plaintiff, has filed this complaint as *pro se*, and brings this action against Agents of Federal Bureau of Investigation Stephanie Yanta, Kellie O'Brien and Stephen Naugle, Metropolitan Police Detectives of the District of Columbia, Norma Horne and Steven Kirschner, the United States Department of Justice, as well as, Assistant United States Attorneys Rachel Lieber and John Geise.[1]

Because Plaintiff is alleging constitutional claims, Federal Defendants sued may request legal representation by the Department of Justice, pursuant to 28 C.F.R. § 50.15.

---

[1] By way of this motion for an extension of time, the individual federal defendants submit that they have not waived any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

In addition to finalize representation authority, the undersigned counsel is preparing a coordinated response to this and other claims brought by Antoine Jones and his family members. Antoine Jones was recently convicted on drug charges and is due to be sentenced on or about April 24, 2008.  This is the first enlargement request for this deadline.

Because plaintiff is, appearing here *pro se*, and does not list a telephone number where she can be reached,  Local Rule 7(m) does not apply and the undersigned have not made efforts to contact her regarding this motion.[2]

WHEREFORE, Federal Defendants respectfully requests that this enlargement be granted.  A minute order is respectfully requested.

February 7, 2008                                        Respectfully submitted,

   /s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

   /s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

## CERTIFICATE OF SERVICE

      I certify I caused copies of the foregoing Federal Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Denice Jones
12221 Brandywine Road
Brandywine, MD 20613

on this 7th day of February 2008      _/s/_____
                                                              KENNETH ADEBONOJO
                                                               Assistant United States Attorney