UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENICE JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Civil Action No. 07-1994 (RJL) |
| v. ) | (ECF) |
| ) | |
| STEPHANIE YANTA, et al., ) | |
| ) | |
| Defendants. ) | |

**FEDERAL DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

The United States Department of Justice, Federal Bureau of Investigation Agents/ employees Stephanie Yanta, Kellie O'Brien and Stephen Naugle and Assistant United States Attorneys Rachel Lieber and John Geise ("Federal Defendants") respectfully request an enlargement of time to file an answer or otherwise respond to the complaint in this case.[1]

Federal Defendants' answer is due March 27, 2008. Federal Defendants request that the Court order that an answer or other response be due 30 days after a ruling on Federal Defendants' pending Motion to Consolidate this action with other related actions CA Nos. 07-1995 (RJL) and 07-1996 (RJL).

As Federal Defendants argued in their Motion for Consolidation, the referenced matters are related and the relief sought would enable Federal Defendants to avoid piecemeal briefing and conserve judicial resources.

---

[1] By way of this motion for an extension of time, the individual federal defendants submit that they have not waived any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

Because Plaintiff is, appearing here *pro se*, and does not list a telephone number where she can be reached, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact her regarding this motion.[2]

WHEREFORE, Federal Defendants respectfully requests that this enlargement be granted. A minute order is respectfully requested.

March 26, 2008                                             Respectfully submitted,

                                            _/s/_____
                                            JEFFREY A. TAYLOR, D.C. BAR # 498610
                                            United States Attorney

                                            _/s/_____
                                            RUDOLPH CONTRERAS, D.C. BAR # 434122
                                            Assistant United States Attorney

                                            _/s/_____
                                            KENNETH ADEBONOJO
                                            Assistant United States Attorney
                                            Judiciary Center Building
                                            555 4th Street, N.W. – Civil Division
                                            Washington, D.C. 20530
                                            (202) 514-7157
                                            (202) 514-8780 (facsimile)

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

## CERTIFICATE OF SERVICE

      I certify I caused copies of the foregoing Federal Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Denice Jones
12221 Brandywine Road
Brandywine, MD 20613


on this 26th day of March, 2008              _/s/_____
                                                                 KENNETH ADEBONOJO
                                                               Assistant United States Attorney