**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED

APR 2 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| DENIECE JONES,<br><br>              Plaintiff,<br><br>       v.<br><br>STEPHANIE YANTA, *et al.*,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)    Civil Action No. 07-1994 (RJL)<br>)<br>)<br>)<br>)<br>) |

## ORDER

It is hereby

ORDERED that the motion to dismiss filed on behalf of defendants Norma Horne and

Steve Kirschner [Dkt. #6] is DENIED WITHOUT PREJUDICE.  It is further

ORDERED that the Clerk of Court shall reissue summonses for defendants Norma Horne

and Steve Kirschner.  It is further

ORDERED that the United States Marshals Service shall attempt personal service on

defendants Norma Horne and Steve Kirschner in accordance with regulations promulgated

pursuant to the Metropolitan Police Department Amendment Act of 2006 for service of process

upon sworn members of the Metropolitan Police Department.  *See* 54 D.C. Reg. 8816 (Sept. 7,

2007).

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge

DATE: 4/17/08