**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED

APR 2 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DENIECE JONES,                                    )
                                                  )
                    Plaintiff,                    )
                                                  )
            v.                                    )      Civil Action No. 07-1994 (RJL)
                                                  )
STEPHANIE YANTA, *et al.*,                        )
                                                  )
                    Defendants.                   )
                                                  )

## ORDER

Defendants Stephanie Yanta, Kellie O'Brien, Stephen Naugle, Rachel Lieber and Jack

Geise have filed a motion to consolidate the instant civil action with *Jones, Jr. v. Yanta*, Civ. No.

07-1996 (RJL), and *Johnson v. Yanta*, Civ. No. 07-1995 (RJL).  Plaintiff is advised that the

Court will rule on the defendants' motion taking into consideration the facts proffered by her in

the complaint, along with his response or opposition to the motion.  Further, plaintiff's attention

is directed to Local Civil Rule 7(b), which states:

> Within . . . such . . . time as the court may direct, an opposing party
> shall serve and file a memorandum of points and authorities in
> opposition to the motion.  If such a memorandum is not filed within
> the prescribed time, the court may treat the motion as conceded.

LCvR 7(b).  Additionally, the petitioner is directed to Rule 6(d) of the Federal Rules of Civil

Procedure which provides:

> When a party may or must act within a specified time after service
> and service is made [by mail or by other means consented to in
> writing by the person served], 3 days are added after the period would
> otherwise expire....



Fed. R. Civ. P. 6(d).

The Court may treat as conceded any motion not opposed within the time limits outlined above. *Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above. Thus, failure to respond to the defendants' motion in this case carries with it the risk that the case will be dismissed.

It is hereby

ORDERED that, on or before **April 30, 2008**, plaintiff shall file her opposition or response to defendants' motion to consolidate. If plaintiff fails to respond timely, the Court may grant defendants' motion as conceded.

SO ORDERED.

RICHARD J. LEON
United States District Judge

DATE:
4/17/08