UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 2 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| DENIECE JONES, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 07-1994 (RJL) |
| STEPHANIE YANTA, *et al.*, ) | |
| Defendants. ) | |

## ORDER

It is hereby

ORDERED that the federal defendants' motion for an extension of time [Dkt. #8] is GRANTED, and it is further

ORDERED that the federal defendants' Answer or other response to the complaint shall be filed not more than 30 days after the entry of the Order resolving their pending motion [Dkt. #7] to consolidate the instant civil action with *Jones, Jr. v. Yanta*, Civ. No. 07-1996 (RJL), and *Johnson v. Yanta*, Civ. No. 07-1995 (RJL).

SO ORDERED.

RICHARD J. LEON
United States District Judge

DATE: 4/17/08