UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
MAY 1 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Deniece Jones  C.A. No. 07-01994(RJL)
Antoine B. Jones, Jr.
Mary R. Johnson
12221 Brandywine Road, Brandywine, MD 20613
    Plaintiffs

v.

Defendant(s)
Special Agent Stephanie Yanta, FBI, and Stephen Naugle, FBI, Special Agent Kellie O'Brien, FBI
Steve Kirchner, Detective; Norma Horne, Detective, DC MPD
441 Fourth Street, NW, Sixth Floor North, Washington, DC 20001
US DOJ AUSA Rachel Lieber, AUSA John Geise
950 Pennsylvania Ave, NW, Washington DC 20004

Request for Extension of Time to Respond

Plaintiffs do hereby come before the Courts to file this Motion to request an extension of time to respond to defendants Motion to Dismiss. Plaintiffs are requesting an additional 30 days from the date of this request, April 29, 2008, to respond. Plaintiffs are laypersons with no legal training or education in the legal field. Plaintiffs are representing themselves in this Action and require additional time to conduct legal research in order to respond to Motions submitted by defendant's legal team of experiences attorneys.

Respectfully Submitted,

*Deniece Jones* (signature)
Deniece Jones

*Mary R. Johnson* (signature)
Mary R. Johnson

*Antoine Jones Jr.* (signature)
Antoine Jones Jr.

1