UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DENIECE JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1994 (RJL) |
| | ) | |
| STEPHANIE YANTA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It is hereby

ORDERED that plaintiff's motion for an extension of time [Dkt. #12] is GRANTED *nunc pro tunc*, and it is further

ORDERED that, on or before **June 20, 2008,** plaintiff Deniece Jones shall file her opposition or other response to the motion to consolidate filed on behalf of defendants Stephanie Yanta, Kellie O'Brien, Stephen Naugle, Rachel Lieber and Jack Geise. If plaintiff fails to respond timely, the Court may grant defendants' motion as conceded.

SO ORDERED.

RICHARD J. LEON
United States District Judge

DATE: 5/22/08