UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENIECE JONES,<br><br>      Plaintiff,<br><br>      v.<br><br>STEPHANIE YANTA, *et al.*,<br><br>      Defendants. | Civil Action No. 07-1994 (RJL) |
| MARY R. JOHNSON,<br><br>      Plaintiff,<br><br>      v.<br><br>STEPHANIE YANTA, *et al.*,<br><br>      Defendants. | Civil Action No. 07-1995 (RJL) |
| ANTOINE B. JONES, JR.,<br><br>      Plaintiff,<br><br>      v.<br><br>STEPHANIE YANTA, *et al.*,<br><br>      Defendants. | Civil Action No. 07-1996 (RJL) |

## ORDER

On March 21, 2008, the federal defendants filed a motion to consolidate the instant civil

action with two related cases, *Mary R. Johnson v. Stephanie Yanta, et al.*, Civ. No. 07-1995 (RJL), and *Antoine Jones, Jr. v. Stephanie Yanta, et al.*, Civ. No. 07-1996 (RJL). In its April 21, 2008 Order, the Court directed plaintiff to file her opposition or other response to the federal defendants' motion by April 30, 2008. In addition, the Order advised plaintiff that, if she failed to respond to defendants' motion, the Court may grant the motion as conceded. The Court extended her opposition deadline to June 20, 2008. On May 28, 2008, plaintiff filed a supplemental memorandum [Dkt. #14], the caption of which lists Ms. Johnson and Mr. Jones, Jr. as plaintiffs. With this filing and in the absence of any opposition to defendants' motion, the Court grants the federal defendants' motion to consolidate as conceded.

The 12-page May 28, 2008 supplemental memorandum is incomplete as it appears on the Court's electronic docket. The last line of the last page appears to end in mid-sentence, and the filing lacks a signature page and a certificate of service. It is not clear whether plaintiffs intend to amend or supplement the complaint. The Court will strike plaintiffs' supplemental memorandum without prejudice to their filing a complete copy the memorandum or other appropriate submission.[1]

Accordingly, it is hereby

ORDERED that the Federal Defendants' Motion to Consolidate [Dkt. #7] is GRANTED AS CONCEDED. Civil Action Nos. 07-1994, 07-1995, and 07-1996 are CONSOLIDATED. All subsequent pleadings, motions, and other papers shall be filed in Civil Action No. 07-1994. Civil Action Nos. 07-1995 and 07-1996 shall be closed administratively, and the parties and

---

[1] If plaintiffs intend to amend or supplement their complaint, any such filing must comply with the requirements of Rule 15 of the Federal Rules of Civil Procedure and Local Civil Rule 15.1.

attorneys shall be added to the lead case, Civil Action No. 07-1994. It is further

ORDERED that the May 28, 2008 supplemental memorandum [Dkt. #14] is STRICKEN. It is further

ORDERED that the federal defendants shall file an Answer or other response to the Complaint not later than **August 18, 2008**.

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge

DATE:

7/21/08