UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DENICE JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. 07-1994 (RJL) |
| v. | )  (ECF) |
| | ) |
| STEPHANIE YANTA, et al., | ) |
| | ) |
| Defendants. | ) |

**FEDERAL DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), the United States Department of Justice, Federal Bureau of Investigation Agents/ employees Stephanie Yanta, Kellie O'Brien and Stephen Naugle and Assistant United States Attorneys Rachel Lieber and John Geise ("Federal Defendants") respectfully request an enlargement of time to file an answer or otherwise respond to the complaint in this case.[1]  There are good grounds for Defendants' request:

1.	On July 22, 2008, the Court granted Defendants' Motion to Consolidate this matter with two other related matters.

2.	Defendants seek an extension of time due to the press of business and the undersigned long-scheduled vacation.  With regard to the former, the undersigned has in embroiled in voluminous discovery in the matter of Brown v. Gonzalez, 07-1559(JR) as well as several dispositive motions in the last few weeks.  In addition, the undersigned will be out of the

---

[1] By way of this motion for an extension of time, the individual federal defendants submit that they have not waived any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

office the until next week.

3.    Upon return to the office, the undersigned is due to file a pleading in the Circuit Court of Appeals in the matter of Neal v. Watts, 08-5116; more depositions in the Brown case, supra; as well as dispositive motions in Trupei v. U.S. et al., 08-351; Conteh v. Doan, 07-786 (RWR); Akers v. Watts et al., 08-140, amongst others.

4.    Accordingly, the undersigned requests an extension until September 15, 2008.

5.    Because Plaintiffs are, appearing here *pro se*, and do not list telephone numbers where they can be reached, Local Rule 7(m) does not apply and the undersigned has not made efforts to contact them regarding this motion.[2]

WHEREFORE, Defendants respectfully requests that this enlargement be granted. A minute order is respectfully requested.

August 18, 2008                             Respectfully submitted,

                                            /s/_____
                                            JEFFREY A. TAYLOR, D.C. BAR # 498610
                                            United States Attorney

                                            /s/_____
                                            RUDOLPH CONTRERAS, D.C. BAR # 434122
                                            Assistant United States Attorney

                                            /s/_____
                                            KENNETH ADEBONOJO
                                            Assistant United States Attorney
                                            Judiciary Center Building
                                            555 4th Street, N.W. – Civil Division
                                            Washington, D.C.  20530
                                            (202) 514-7157
                                            (202) 514-8780 (facsimile)

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

**CERTIFICATE OF SERVICE**

      I certify that I caused copies of the foregoing Federal Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiffs at:

Denice Jones
12221 Brandywine Road
Brandywine, MD 20613

Antoine B. Jones
12221 Brandywine Road
Brandywine, MD 20613

and

Mary Johnson
12221 Brandywine Road
Brandywine, MD 20613


on this 18th day of August, 2008      _/s/_____
                                                        KENNETH ADEBONOJO
                                                        Assistant United States Attorney